IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Design Basics, LLC, Plan Pros, Inc., and Prime Designs, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Kerstiens Homes & Designs, Inc.;<br>T-Kerstiens Homes Corp., d/b/a<br>Todd Kerstiens Homes and Designs;<br>Kerstiens Realty, Inc., d/b/a F.C.<br>Tucker/Kerstiens Realty; Kerstiens<br>Management Corp.; Kerstiens<br>Leasing Corp.; Kerstiens<br>Holding Corp.; and Kerstiens<br>Development, Inc.,<br><br>Defendants. | Case No.: 1:16-cv-726-TWP-DLP |

**DEFENDANTS' MOTION FOR COSTS, INCLUDING ATTORNEY FEES**

Defendants Kerstiens Homes & Designs, Inc. ("Kerstiens Homes"), and T-Kerstiens Homes Corp. (collectively, the "Home Defendants") and Kerstiens Management Corp., Kerstiens Leasing Corp., Kerstiens Holding Corp. and Kerstiens Development, Inc.) (collectively, the "Management Defendants")[1] move for an award of their attorneys' fees and costs pursuant to 17 U.S.C. §505, as the prevailing parties because the Court entered Final Judgement in their favor.[2] Attached are the Bill of Costs with Itemizations (Exhibit 1), Declaration of Paul Overhauser

---

[1] The seventh defendant, "Kerstiens Realty, Inc." is not known to exist and has not appeared.

[2] *See* Dkt. 232, *Entry of Final Judgment*.

1

(Exhibit 2), Declaration of Eric Wilkins (Exhibit 3), and Declaration of Frank Kowalkowski (Exhibit 4) in support of the Motion for Attorneys' Fees and Costs. For the reasons described in Defendants' Brief in Support of the Motion for Attorneys' Fees and Costs, which is filed contemporaneously, Defendants respectfully, ask the Court to award them $519,279.55 in fees and costs.

Respectfully submitted,

By: s/ April M. Jay
Paul B. Overhauser
April M. Jay
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
Phone: 317-891-1500
Fax: 866-283-8549
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   s/ April M. Jay
April M. Jay