Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Design Basics, LLC, Plan Pros, Inc. and Prime Designs, Inc. Plan Pros, Inc., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Kerstiens Homes & Designs, Inc.; T-Kerstiens Homes Corp., d/b/a Todd Kerstiens Homes and Designs; Kerstiens Realty, Inc., d/b/a F.C. Tucker/Kerstiens Realty; Kerstiens Management Corp.; Kerstiens Leasing Corp.; Kerstiens Holding Corp.; and Kerstiens Development, Inc., )<br><br>Defendants. ) | Case No.: 1:16-cv-726-TWP-DLP |

**DECLARATION OF PAUL B. OVERHAUSER IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS, INCLUDING ATTORNEY FEES**

1. I am over eighteen (18) years of age and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2. I am an owner of Overhauser Law Offices, LLC and counsel of record for Kerstiens Development Inc., Kerstiens Holding Corp, Kerstiens Home & Designs, Inc., Kerstiens Leasing Corp., Kerstiens Management Corp., and T-Kerstiens Homes Corp.

3. I submit this Declaration, including a Bill of Costs as Exhibit 1, in support of Defendants' Motion for Costs, including Attorney Fees. The Bill of Costs itemizes all attorneys' fees and costs.

1

4. I have been a practicing attorney for over 30 years, and concentrate my practice in intellectual property. I have handled over 500 infringement claims in the course of my career. My present standard hourly rate for cases of this type $435.00 per hour.

5. April M. Jay is an attorney employed by my Firm. She was admitted to practice law in Colorado in 2004 and admitted to practice law in Indiana in 2014. Her standard hourly rate is $280.00 per hour.

6. Two paralegals worked on this matter. The standard rate for paralegal, Renee Meyer, is $190.00 per hour. The standard rate for paralegal, Alexis Hutchinson, is $205.00 per hour.

7. John Bradshaw is an attorney who was employed by my Firm. He was admitted to practice law in Indiana in 1999. His standard hourly rate while in Firm's employ was $345.00.

8. Ronald Sentman is an attorney who was employed by my Firm. He was admitted to practice law in Indiana in 1984 and is now retired. His standard hourly rate while in Firm's employ was $360.00

9. Tasha Kelley is an attorney who was employed by my Firm. She was admitted to practice law in Indiana in 2008. Her standard hourly rate while in Firm's employ was $300.00.

10. Jackie Loeffler is an attorney who was employed by my Firm. She was admitted to practice law in Indiana in 2004. Her standard hourly rate while in Firm's employ was $165.00.

11. Overhauser Law Offices, LLC has billed Defendants and its other clients at these rates for the same type of work undertaken in this case, and Defendants and those other clients have paid these rates.

12. The amounts sought do not include additional time incurred by Overhauser Law Offices that was incurred but not billed as a matter of billing discretion. Specifically, Overhauser Law Offices spent 84.16 hours by various legal professionals having a billing value of $23,486.70 that was not billed.

13. Further, the Home Defendants and Management Defendants advise this Court that since three insurers were involved in defending this matter, on behalf of their insureds, that necessitated involvement of Eric Wilkins and Frank Kowalkowski.

14. The time and expenses that OLO incurred in defending this case total $490,173.89. A chart showing a breakdown of these incurred fees, as well as the incurred fees and expenses that the other attorneys incurred, is attached to the Bill of Costs.

15. The Defendants in this suit were comprised of two distinct groups. The first group of Defendants ("the Homes Defendants") included Kerstiens Home and Designs, Inc., and T-Kerstiens Homes Corp. These were the only Defendants that actually built or designed houses. The second group of Defendants included Kerstiens Holding Corp., Kerstiens Leasing Corp., Kerstiens Holding Corp., and Kerstiens Management Corp. (the "Management Defendants"). None of these Defendants built or designed houses. Since each group of Defendants had different defenses, Overhauser Law Offices tracked time to each group of Defendants separately. However, if time was incurred that could be allocated to both groups, the time keepers charged half of their time to the respective group therefore there are two sets of time records shown in Exhibit 2a

16. Pages 1 through 40 of Exhibit 2a are the time entries for Kerstiens Holding Corp. and they total $219,404.42. Exhibit 2b is comprised of invoices from court reporters.

17. Pages 41 through 97 of Exhibit 2a are the time entries for Kerstiens Homes and Designs Inc. and they total $268,195.70.

18. Exhibit 2a reflects charges incurred up to September 30, 2018, except for the most recent time entries which we expect will be paid.

19. I provide this Declaration, along with redacted time entries, and the Bill of Costs as Exhibit 1, in support of Defendants' Motion for Costs, including Attorney Fees.

                                                                     Paul B. Overhauser

Executed on October 3, 2018.