# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DESIGN BASICS, LLC, <br> PLAN PROS, INC., <br> PRIME DESIGNS INC., <br><br> Plaintiffs, <br><br> v. <br><br> KERSTIENS HOME & DESIGNS, INC., <br> T-KERSTIENS HOMES CORP., <br> KERSTIENS REALTY, INC., <br> KERSTIENS MANAGEMENT CORP., <br> KERSTIENS LEASING CORP., <br> KERSTIENS HOLDING CORP., <br> KERSTIENS DEVELOPMENT INC., <br><br> Defendants. | No. 1:16-cv-00726-TWP-DLP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on the Motion to Establish Security Amount (Dkt. 294). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.   The Motion to Establish Security Amount is **GRANTED in PART**.  The Court finds that a security in the amount of $530,998.36 is reasonable under the circumstances. The Court grants the request to approve the security and orders that the execution of judgment and payment of fees and costs are stayed with security in the amount of $530,998.36 pending appeal in this matter. The obligation of the Plaintiffs and the Garnishee Defendants to provide responses to the written discovery is deemed moot. The proceedings supplemental hearing set April 30, 2020 is **VACATED**.

IT IS SO ORDERED.

Date: 4/28/2020

*[signature: Tanya Walton Pratt]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John A. Conway
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
jconway@lck-law.com

Mark F. Criniti
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
mcriniti@lck-law.com

Melanie Ann Eich
CLEMENTS LEGAL GROUP
meich@overhauser.com

Paul E. Harold
LADUE CURRAN & KUEHN
pharold@lck-law.com

John David LaDue
LADUE CURRAN & KUEHN LLC
jladue@lck-law.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

Sean Joseph Quinn
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
squinn@lck-law.com

Eric M. Wilkins
HUNT SUEDHOFF KALAMAROS
ewilkins@hsk-law.com